# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



Winkler Woods, LLC, individually and on behalf of all others similarly situated

**SUMMONS IN A CIVIL CASE** 

CASE NUMBER:

**V.**

1) Matson Navigation Co., Inc.; Co.; 2) Horizon Lines, Inc.; 3) Horizon Lines, LLC, and 4) Alexander & Baldwin, Inc.

**C08-03169**

TO: (Name and address of defendant)

1) Matson Navigation Co., 555 12th Street, Suite 700, Oakland, CA 94607; Inc.; Co.; 2) Horizon Lines, Inc., 225 Hillsborough Street, Suite 470, Raleigh, NC 27603; 3) Horizon Lines, LLC, 225 Hillsborough Street, Suite 470, Raleigh, NC 27603; and 4) Alexander & Baldwin, Inc.,555 12th Street, Suite 700, Oakland, CA 94607.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Guido Saveri
guido @saveri.com
R. Alexander Saveri
rick@saveri.com
SAVERI & SAVERI INC.
111 Pine Street, Ste. 1700
San Francisco, CA 94111

Joseph M. Alioto
esexton@aliotolaw.com
ALIOTO LAW FIRM
555 California Street, Ste. 3160
San Francisco, CA 94104

Gilmur R. Murray
gmurray@murrayhowardlaw.com
Derek G. Howard
dhoward@murrayhowardlaw.com
MURRAY & HOWARD, LLP
436 14th Street Ste. 1413
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE July 1, 2008

CYNTHIA LENAHAN

(BY) DEPUTY CLERK

**COPY**