| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DEREK G. HOWARD, ESQ. (118082)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California  94612 | (510) 444-2660 | |
| | Ref. No. Or File No.<br>W2499207 | |
| Attorneys for:  WINKLER FOODS, LLC | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
WINKLER FOODS, LLC

Defendant:
MATSON NAVIGATION CO., INC.

**PROOF OF SERVICE**

| Date: | Time: | Dept/Div: | Case Number:<br>C 08-03169 JSW |
|---|---|---|---|

I, Ron Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: Class Action Complaint;Civil Cover Sheet;Summons;Order Setting Initial Case Management Conference and ADR Deadlines;Civil Standing Orders;Standing Order for All Judges of The Northern District of California-Contents of Joint Case Management Statement;Welcome to the U.S. District Court Handout—Filing Guidelines;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;Form: Consent to Proceed Before a Unites States Magistrate Judge;ECF Registration Information Handout.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : ALEXANDER & BALDWIN, INC.

By Serving          : BARBARA BODAGER, Assistant General Counsel/Authorized to Accept

Address             : 555 12th Street, Suite 700 , Oakland, California  94607
Date & Time         : Monday, July 7, 2008 @ 1:05 p.m.
Witness fees were   : Not applicable.

Person serving:                          a. Fee for service:
Ron Marcus                               d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502                (2) Registration No.: 649
San Francisco, California  94105             (3) County: Alameda
Phone: (415) 546-6000                        (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 7, 2008                       Signature:____Ron Marcus____
                                                     Ron Marcus


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DEREK G. HOWARD, ESQ. (118082)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California 94612 | (510) 444-2660 | |
| | Ref. No. Or File No.<br>W2499207 | |
| Attorneys for: WINKLER FOODS, LLC | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
WINKLER FOODS, LLC

Defendant:
MATSON NAVIGATION CO., INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 08-03169 JSW |
|---|---|---|---|---|

I, Ron Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: Class Action Complaint;Civil Cover Sheet;Summons;Order Setting Initial Case Management Conference and ADR Deadlines;Civil Standing Orders;Standing Order for All Judges of The Northern District of California-Contents of Joint Case Management Statement;Welcome to the U.S. District Court Handout—Filing Guidelines;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;Form: Consent to Proceed Before a Unites States Magistrate Judge;ECF Registration Information Handout.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant              : MATSON NAVIGATION COMPANY, INC.

By Serving             : BARBARA BODAGER, Assistant General Counsel/Authorized to Accept

Address                : 555 12th Street, Suite 700 , Oakland, California 94607
Date & Time            : Monday, July 7, 2008 @ 1:05 p.m.
Witness fees were      : Not applicable.

Person serving:
Ron Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 649
  (3) County: Alameda
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 7, 2008                              Signature: /s/ Ron Marcus
                                                           Ron Marcus


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DEREK G. HOWARD, ESQ. (118082)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California 94612 | (510) 444-2660 | |
| Attorneys for: WINKLER FOODS, LLC | Ref. No. Or File No.<br>W2499208 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>WINKLER FOODS, LLC | | |
| Defendant:<br>MATSON NAVIGATION CO., INC. | | |
| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 08-03169 JSW |

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: Class Action Complaint;Civil Cover Sheet;Summons;Order Setting Initial Case Management Conference and ADR Deadlines;Civil Standing Orders;Standing Order for All Judges of The Northern District of California-Contents of Joint Case Management Statement;Welcome to the U.S. District Court Handout—Filing Guidelines;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;Form: Consent to Proceed Before a Unites States Magistrate Judge;ECF Registration Information Handout.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : HORIZON LINES, LLC

By Serving           : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM,
                       Agent for Service of Process
Address              : 818 West 7th Street, Los Angeles, California 90017
Date & Time          : Monday, July 7, 2008 @ 2:40 p.m.
Witness fees were    : Not applicable.

Person serving:  
B. Anderson  
**Wheels of Justice, Inc.**  
657 Mission Street, Suite 502  
San Francisco, California 94105  
Phone: (415) 546-6000  

a. Fee for service:  
d. Registered California Process Server  
  (1) Employee or independent contractor  
  (2) Registration No.: 3991  
  (3) County: Los Angeles  
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 8, 2008          Signature: _____  
                                                     B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| DEREK G. HOWARD, ESQ. (118082)<br>MURRAY & HOWARD<br>436 - 14th Street, Suite 1413<br>Oakland, California 94612 | (510) 444-2660 | |
| Attorneys for: WINKLER FOODS, LLC | Ref. No. Or File No.<br>W2499209 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
WINKLER FOODS, LLC

Defendant:
MATSON NAVIGATION CO., INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 08-03169 JSW |
|---|---|---|---|---|

I, Daniel Newcomb, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: Class Action Complaint;Civil Cover Sheet;Summons;Order Setting Initial Case Management Conference and ADR Deadlines;Civil Standing Orders;Standing Order for All Judges of The Northern District of California-Contents of Joint Case Management Statement;Welcome to the U.S. District Court Handout—Filing Guidelines;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;Form: Consent to Proceed Before a United States Magistrate Judge;ECF Registration Information Handout.

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : HORIZON LINES, INC.

By Serving        : SCOTT LASCALA, Managing Agent.

Address           : 1209 N. Orange Street, Wilmington, DE
Date & Time       : Tuesday July 8, 2008   @ 1:15 p.m.
Witness fees were : Not applicable.

Person serving:
Daniel Newcomb
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2008                    Signature: _____
                                                Daniel Newcomb


Printed on recycled paper