GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: JSanders@gibsondunn.com
       TNicoud@gibsondunn.com
       RBrass@gibsondunn.com
       RJustice@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC.
AND ALEXANDER & BALDWIN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WINKLER WOODS, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, LLC; and HORIZON LINES, INC.,<br><br>　　　　Defendants. | Case No. CV 08-03169 VRW<br><br>**STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE** |

1   WHEREAS the undersigned plaintiff has filed the above-captioned case;

2   WHEREAS plaintiff alleges antitrust violations on behalf of purchasers of domestic
3   containerized ocean shipping services for service between the continental United States and
4   Hawaii ("Hawaiian Ocean Shipping");

5   WHEREAS twelve complaints have been filed to date in multiple federal district courts by
6   plaintiffs purporting to bring class actions on behalf of purchasers of Hawaiian Ocean Shipping
7   (collectively "the Hawaiian Ocean Shipping Cases");

8   WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation (the
9   "Panel") to transfer the Hawaiian Ocean Shipping Cases to this jurisdiction for coordinated and
10  consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407;

11  WHEREAS, a hearing on the motion for transfer is currently scheduled for July 31, 2008
12  before the Panel, and the cases will likely be transferred by the end of August 2008;

13  WHEREAS plaintiff anticipates the possibility of a Consolidated Complaint in the
14  Hawaiian Ocean Shipping Cases;

15  WHEREAS plaintiff and Matson Navigation Company, Inc., Alexander & Baldwin, Inc.,
16  Horizon Lines, LLC, and Horizon Lines, Inc. ("Defendants") have agreed that an orderly schedule
17  for any response to the pleadings in the Hawaiian Ocean Shipping Cases would be more efficient
18  for the parties and for the Court;

19  PURSUANT TO CIVIL LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS, BY
20  AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS
21  FOLLOWS:

22  1.   The deadline for Defendants to answer, move, or otherwise respond to plaintiff's
23  Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the
24  filing of a Consolidated Complaint in the Hawaiian Ocean Shipping Cases; or (2) forty-five days
25  after plaintiff provides written notice to Defendants that plaintiff does not intend to file a
26  Consolidated Complaint, provided however, that in the event that Defendants should agree to an
27  earlier response date in any Hawaiian Ocean Shipping Case, Defendants will respond to the
28  Complaint in the above-captioned case on that earlier date.

2. This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: July 21, 2008

GIBSON, DUNN & CRUTCHER, LLP

/s/ Joel S. Sanders

Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

*Counsel for Defendants
Matson Navigation Company, Inc. and
Alexander & Baldwin, Inc.*

Dated: July 21, 2008

McGUIREWOODS LLP

/s/ Darrel C. Menthe / by R. Rappaport

Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849.8100
Facsimile: (312) 849.3690

*Counsel for Defendant
Horizon Lines, LLC*

| | |
|---|---|
| Dated: July 21, 2008 | SAVERI & SAVERI INC.<br><br>*[signatures]*<br>Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Telephone:  (415) 217-6810<br>Facsimile:  (415) 217-6813<br><br>Joseph M. Alioto<br>ALIOTO LAW FIRM<br>555 California Street, Suite 3160<br>San Francisco, CA 94104<br>Telephone:  (415) 434-8900<br>Facsimile:  (415) 434-9200<br><br>Gilmur R. Murray<br>Derek G. Howard<br>MURRAY & HOWARD, LLP<br>436 14th Street, Suite 1413<br>Oakland, CA 94612<br>Telephone:  (510) 444-2660<br>Facsimile:  (510) 444-2522<br><br>*Counsel for Plaintiff Winkler Woods, LLC* |