Guido Saveri (SBN 22349)
guido@saveri.com
R. Alexander Saveri (SBN 173102)
rick@saveri.com
**SAVERI & SAVERI INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Joseph M. Alioto (SBN 42680)
esexton@aliotolaw.com
**ALIOTO LAW FIRM**
555 California Street, Suite 3160
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

Gilmur R. Murray (SBN 111856)
gmurray@murrayhowardlaw.com
Derek G. Howard (SBN 118082)
dhoward@murrayhowardlaw.com
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, California 94612
Telephone: (510) 444-2660
Facsimile: (510) 444-2522

*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINKLER WOODS, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION CO., INC. et al.<br><br>Defendants. | Case No. C08-03169 VRW<br><br>**PLAINTIFF WINKLER WOODS, LLC'S FED.R.CIV.P. RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

MURRAY & HOWARD, LLP
436 14ᵗʰ Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

**PLAINTIFF WINKLER WOODS, LLC'S FED.R.CIV.R. RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 7.1 Plaintiff Winkler Woods, LLC states that there is no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Pursuant to Civil L.R. 3-16, the undersigned certifies that of this date, other than the named parties, there is no such interest to report.


Dated: July 23, 2008                    By: /s/  Derek G. Howard_____
                                             Derek G. Howard

                                        Derek G. Howard
                                        Gilmur R. Murray
                                        **MURRAY & HOWARD, LLP**
                                        436 14th Street, Suite 1413
                                        Oakland, California 94612
                                        Telephone: (510) 444-2660
                                        Facsimile: (510) 444-2522

                                        R. Alexander Saveri
                                        Guido Saveri
                                        **SAVERI & SAVERI INC.**
                                        111 Pine Street, Suite 1700
                                        San Francisco, CA 94111
                                        Telephone: (415) 217-6810
                                        Facsimile: (415) 217-6813

                                        Joseph M. Alioto
                                        **ALIOTO LAW FIRM**
                                        555 California Street, Suite 3160
                                        San Francisco, California 94104
                                        Telephone: (415) 434-8900
                                        Facsimile:  (415) 434-9200

                                        *Attorneys for Plaintiff Winkler Woods, LLC*

**PLAINTIFF WINKLER WOODS, LLC'S FED.R.CIV.R. RULE 7.1 DISCLOSURE STATEMENT AND
LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

# CERTIFICATE OF SERVICE

I, Amanda L. Arnall, declare as follows:

I am employed in Alameda County, which is where service of the document(s), referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Murray & Howard, LLP, 436 14th Street, Suite 1413, Oakland, California 94612. I am readily familiar with Murray & Howard's practices for the service of documents. On this date, I served or caused to be served a true copy of the following document(s) in the manner listed below:

**PLAINTIFF WINKLER WOODS, LLC'S FED.R.CIV.P. RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**____ BY FACSIMILE:** I caused the aforementioned document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below;

**_X_ BY FEDERAL EXPRESS:** I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below;

**____ BY HAND DELIVERY:** I caused the sealed envelope containing the aforementioned document(s) to be hand delivered to the addressee(s) specified below on this date.

**_X_ BY MAIL:** I caused the sealed envelope containing the aforementioned document(s) to be deposited with the United States Postal Service at Oakland, California on this date in the ordinary course of business.

**_X_ ELECTRONIC FILING SYSTEM:** on all interested parties registered for e-filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California on July 23, 2008.

By: /s/ *Amanda L. Arnall*
Amanda L. Arnall

1

***Via Federal Express Overnight Delivery***:

2

**Chambers Copy**

3

Honorable Vaughn R Walker
4  United States District Court
Northern District of California, San Francisco
5  Courtroom 6, 17th Floor
450 Golden Gate Avenue
6  San Francisco, CA 94102

7

***Via Electronic E-mail Notification***:

8

9   • Rachel S. Brass: rbrass@gibsondunn.com

10  • William G. Caldes: bcaldes@srk-law.com

• Jay S. Cohen: jcohen@srk-law.com
11
• Jennifer Anne Kagan: jenni@hulettharper.com
12  • Rebecca Justice Lazarus: rjustice@gibsondunn.com, mkclune@gibsondunn.com,
13       rmcbain@gibsondunn.com

14  • Darrel Christopher Menthe: dmenthe@mcguirewoods.com, dmenthe@mcguirewoods.com

• Joel Steven Sanders: smaruschak@gibsondunn.com, jsanders@gibsondunn.com
15
• Dennis Stewart: dstewart@hulettharper.com, office@hulettharper.com
16  • Allan Steyer: asteyer@steyerlaw.com, lrorem@steyerlaw.com

17  • Sarah Pickeral Weber: sweber@hulettharper.com, office@hulettharper.com

18  ***Via First Class, U.S. Mail***:

19  Guido Saveri
R. Alexander Saveri
20  Cadio Zirpoli
**SAVERI & SAVERI INC.**
21  111 Pine Street, Suite 1700
San Francisco, CA 94111
22

23  Joseph M. Alioto
**ALIOTO LAW FIRM**
24  555 California Street, Suite 3160
San Francisco, California 94104
25

Jonathan M. Jagher
26  **SPECTOR, ROSEMAN & KODROFF**
1818 Market Street
27  Suite 2500
Philadelphia, PA 19103
28

**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

2
**CERTIFCATE OF SERVICE**

John McCarthy
217 Bay Avenue
Somers Point, NJ 08244

John C. Murdock
**MURDOCK, GOLDENGERG SCHNEIDER & GROH, L.P.A.**
35 East Seventh Street
Suite 600
Cincinnati, OH 45202

George A. Nicoud, III
**GIBSON, DUNN & CRUTCHER LLP**
One Montgomery St
31st Floor
San Francisco, CA 94104

Philip A. Steinberg
124 Rockland Avenue
Bala Cynwyd, PA 19004

**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

3
**CERTIFCATE OF SERVICE**